JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BALBOA CAPITAL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>B.A.R. TRANSPORTATION LLC, BUTCH RAY ELROD, REBECCA JO ELROD, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 8:22-cv-02181-JWH-DFM<br><br>**JUDGMENT** |

Pursuant to the "Minute Order Re: Hearing Re: Plaintiff's Motion for Summary Judgment [ECF No. 14]" granting Plaintiff Balboa Capital Corporation's motion for summary judgment and Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441.

2. Fictitiously named Defendants DOES 1 through 10 inclusive are **DISMISSED**.

3. Plaintiff Balboa Capital Corporation shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Defendants B.A.R. Transportation LLC, Butch Ray Elrod, and Rebecca Jo Elrod, jointly and severally, in the principal amount of $91,739.25, plus $13,145.10 in prejudgment interest, for a total amount of **$104,884.35**. Defendants shall take nothing by way of their answer.

4. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 6, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE